JOHN F. GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
ADAM  TORGLER

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00300 DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON** |
| v. | |
| ADAM  TORGLER, | DATE:  November 20, 2017 |
| Defendant. | TIME:  10:00 a.m. |
| | Courtroom Five |
| | **Honorable  Dale A. Drozd** |

Defendant, ADAM TORGLER, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from October 23, 2017 to **November 20**, **2017**   at **10:00 a.m.** This continuance is necessary because the United States Probation Office did not complete the Draft Presentence Investigation Report (PSR) and make same available to the parties until September 22, 2017, although the draft report was due on September 11, 2017. Counsel for the defendant intends to file Informal Objections to the draft PSR on October 2, 2017 and the continuance will provide the United States Probation Office additional time to respond to the Informal Objections and complete the Final Presentence Investigation Report.

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

> Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated:  September 29, 2017                                    /s/ John F. Garland
                                                                          John F. Garland
                                                                          Attorney for Defendant
                                                                          ADAM TORGLER

Dated:  September 29, 2017                                    Phillip A. Talbert
                                                                          United States Attorney


                                                                          /s/ Kathleen A. Servatius
                                                                    By:   Kathleen A. Servatius
                                                                          Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant ADAM TORGLER is continued to November 20, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **September 29, 2017**                         _____
                                                                          UNITED STATES DISTRICT JUDGE