| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | KATHLEEN A. SERVATIUS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM TORGLER.<br><br>Defendant. | CASE NO. 1:15-CR-00300-DAD-BAM-3<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: November 20, 2017<br>Time: 10:00 a.m.<br>Honorable Dale A. Drozd |

The United States of America, by and through PHILLIP A. TALBERT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Adam Torgler, by and through his attorney of record John Garland, hereby stipulate to continue the sentencing hearing in this case from November 20, 2017 until November 27, 2017 at 10:00 a.m. The reason for this request is that government counsel will out of the office the week of November 20, 2017.

Dated: November 16, 2017
PHILLIP A. TALBERT
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: November 16, 2017
/s/ *John Garland*
Attorney for Adam Torgler

///

1

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for November 20, 2017, is continued until November 27, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **November 16, 2017**

UNITED STATES DISTRICT JUDGE